# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EURUS LONDON LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0027-CG-C |
| ) | |
| AEP RIVER OPERATIONS LLC, in ) | |
| personam, and BARGE RF 808B, its ) | |
| Tackle, Apparel, etc., in rem, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| INGRAM BARGE COMPANY and ) | |
| the M/V HARRY BRINDELL, its ) | |
| Tackle, Apparel, etc., in rem, ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

## ORDER

This matter is before the court on the parties' Joint Motion for Dismissal with Prejudice (Doc. 33).

Upon due consideration, said motion is **GRANTED**, and it is hereby **ORDERED** that all claims in this matter are **DISMISSED with prejudice.** Each party to bear its own costs.

**DONE and ORDERED** this 14th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE